BEFORE THE
UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

IN RE WELLS FARGO PAYCHECK § 
PROTECTION PLAN LITIGATION §
§
§ MDL DOCKET NO: _____
§

# SCHEDULE OF ACTIONS

| | **Case Captions** | **Court** | **Civil Action No.** | **Judge** |
|---|---|---|---|---|
| 1. | **Plaintiffs:** DNM Contracting, Inc. **Movant:** DNM Contracting, Inc. **Defendant:** Wells Fargo Bank, N.A. | S.D. of Texas | 4:20-cv-01790 | Honorable Judge Alfred H. Bennett |
| 2. | **Plaintiffs:** Scherer **Defendants:** Wells Fargo Bank, N.A. | S.D. of Texas | 4:20-cv-01295 | Honorable Judge David Hittner |
| 3. | **Plaintiffs:** BSJA, Inc. et al. **Defendants:** WELLS FARGO & CO., WELLS FARGO BANK, N.A.; and DOES 1-10, inclusive. | C.D. of California | 2:20-cv-03588 | Honorable Judge Otis D. Wright, II |
| 4. | **Plaintiffs:** Karen's Custom Grooming LLC **Defendants:** WELLS FARGO & COMPANY, a Delaware Corporation; WELLS FARGO BANK, NATIONAL ASSOCIATION; and DOES 1-10, Inclusive | S.D. of California | 3:20-cv-956 | Honorable Judge Larry Alan Burns |
| 5. | **Plaintiff:** SETO MARSELIAN, d/b/a BISTRO | N.D. of California | 4:20-cv-03166-HSG | Honorable Judge Haywood S Gilliam, Jr |

| | | | | |
|---|---|---|---|---|
| | PAZZO<br>**Defendants:**<br>WELLS FARGO & COMPANY,<br>WELLS FARGO BANK, N.A., and<br>DOES 1-10, inclusive | | | |
| 6. | **Plaintiff:**<br>PHYSICAL THERAPY SPECIALISTS, P.C.<br>**Defendants:**<br>WELLS FARGO BANK, N.A. | District of Colorado | 1:20-cv-01190 | Honorable Judge Michael E. Hegarty |
| 7. | **Plaintiffs:**<br>GUOFENG MA<br>**Defendant:**<br>WELLS FARGO & COMPANY,<br>CHARLES W. SCHARF, and JOHN R.<br>SHREWSBERRY | N.D. of California | 3:20-cv-03697 | Honorable Judge Richard Seeborg |
| 8. | **Plaintiff:**<br>FULL COMPLIANCE, LLC, a Florida<br>Limited Liability Company, and ZAMORA &<br>HERNANDEZ, PLLC, a Florida Professional<br>Limited Liability Company<br>**Defendants:**<br>WELLS FARGO BANK, N.A., AMERANT BANK, N.A., BANK OF AMERICA, N.A., BANKUNITED, N.A., CAMBRIDGE TRUST COMPANY, CELTIC BANK CORP. d/b/a CELTIC BANK, CIBC BANK USA, FIRST CITIZENS BANK & TRUST COMPANY, FIRST HORIZON BANK, GROVE BANK & TRUST, INTERAMERICAN BANK, A FSB, J.P. MORGAN CHASE BANK, N.A., LIVE OAK BANKING COMPANY, OCEAN BANK, PARADISE | S.D. of Florida | 1:20-cv-22339 | Honorable Judge Jose E. Martinez |

| | BANK, PROFESSIONAL BANK, REGIONS BANK, TD BANK, N.A., and TRUIST BANK, VALLEY NATIONAL BANK | | | |
|---|---|---|---|---|