**BEFORE THE
UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE WELLS FARGO PAYCHECK § <br> PROTECTION PLAN LITIGATION § <br> § <br> §      **MDL DOCKET NO:** _____ <br> § | |

# AMENDED PROOF OF SERVICE

I hereby certify that a copy of the foregoing Motion of Plaintiff for Transfer of Actions to the Southern District of Texas – Houston Division pursuant to 28 U.S.C. § for Coordinated or Consolidated Pretrial Proceedings, the accompanying Brief, Schedule of Actions, and this Proof of Service was filed on June 9, 2020 and will be served by email and U.S. Mail to the following:

| CASE | PARTY |
|---|---|
| *DNM Contracting, Inc. v. Wells Fargo Bank, N.A., 4:20-cv-01790 (S.D. Tex.)* | Alfonso Kennard, Jr. <br> Texas Bar No. 24036888 <br> S.D. ID. 713316 <br> 2603 Augusta Drive, Suite 1450 <br>  Houston Texas 77057 <br> 713.742.0900 (Phone) <br> 713/742.0951 (Fax) <br> Alfonso.Kennard@KennardLaw.com <br> Kevin T. Kennedy <br> Texas Bar No. 24009053 <br> S.D. ID 305324 <br> 2603 Augusta Dr., Suite 1450 <br> Houston, Texas 77057 <br> (713) 742-0900 (main) <br> (713) 742-0951 (facsimile) <br> kevin.kennedy@kennardlaw.com <br> Eddie Hodges Jr. <br> Texas Bar No. 24116523 <br> 2603 Augusta Dr. Suite 1450 <br> Houston, Texas 77057 <br> (713) 742-0900 (main) <br> (713) 742-0951 (facsimile) |

|  | Eddie.hodges@kennardlaw.com **ATTORNEYS FOR PLAINTIFFS** Charles Bedford Hampton McGuireWoods LLP 600 Travis Ste 7500 Houston, TX 77002 713-353-6683 Email: champton@mcguirewoods.com <u>**ATTORNEY TO BE NOTICED FOR WELLS FARGO**</u> |
|---|---|
| *Edward L. Scherer v. Wells Fargo Bank, N.A.; 4:20-cv-01295 (S.D. Tex.)* | Salar Ali Ahmed Ali S Ahmed PC 430 W. Bell St Houston, TX 77019 713-898-0982 Fax: 713-255-0013 Email: aahmedlaw@gmail.com <u>**LEAD ATTORNEY TO BE NOTICED FOR PLAINTIFFS**</u><br><br>Charles Bedford Hampton McGuireWoods LLP 600 Travis Ste 7500 Houston, TX 77002 713-353-6683 Email: champton@mcguirewoods.com <u>LEAD ATTORNEY</u> <u>ATTORNEY TO BE NOTICED</u><br><br>Christopher Michael Viapiano Sullivan & Cromwell LLP 1700 New York Avenue, NW Suite 700 Washington, DC 20006-5215 1-202-956-7500 Email: viapianoc@sullcrom.com <u>LEAD ATTORNEY</u> <u>PRO HAC VICE</u> <u>ATTORNEY TO BE NOTICED</u><br><br>Nicolas Bourtin Sullivan & Cromwell LLP 125 Broad Street New York, NY 10004 |

| | |
|---|---|
| | 212-558-3920<br>Email: bourtinn@sullcrom.com<br><u>LEAD ATTORNEY</u><br><u>PRO HAC VICE</u><br><u>ATTORNEY TO BE NOTICED</u><br><br>Sverker Hogberg<br>Sullivan & Cromwell LLP<br>1870 Embarcadero Road<br>Palo Alto, CA 94303-3308<br>650-461-5600<br>Email: hogbergs@sullcrom.com<br><u>LEAD ATTORNEY</u><br><u>PRO HAC VICE</u><br><u>ATTORNEY TO BE NOTICED</u><br>**ATTORNEYS FOR DEFENDANTS** |
| *BSJA, INC., a California corporation and ALEXHD, LLC v. WELLS FARGO & CO., WELLS FARGO BANK, N.A.; and DOES 1-10, inclusive., 2:20-cv-03588 (C.D. of Calif.)* | David M Angeloff<br>Stalwart Law Group<br>1100 Glendon Avenue Suite 1840<br>Los Angeles, CA 90024<br>310-954-2000<br>Email: david@stalwartlaw.com<br>LEAD ATTORNEY<br>ATTORNEY TO BE NOTICED<br><br>Ji-In Lee Houck<br>Stalwart Law Group<br>1100 Glendon Avenue Suite 1840<br>Los Angeles, CA 90024<br>310-954-2000<br>Fax: 310-943-0303<br>Email: jiin@stalwartlaw.com<br>LEAD ATTORNEY<br>ATTORNEY TO BE NOTICED<br><br>Dylan Ruga<br>Stalwart Law Group<br>1100 Glendon Avenue Suite 1840<br>Los Angeles, CA 90024<br>310-954-2000<br>Email: dylan@stalwartlaw.com<br>ATTORNEY TO BE NOTICED<br>**ATTORNEYS FOR PLAINTIFFS**<br><br>WELLS FARGO BANK, N.A.,<br>420 Montgomery Street, |

| | |
|---|---|
| | San Francisco, CA 94104<br><br>**Authorized to Accept Service of Process for Defendant Wells Fargo N.A.**<br><br>WELLS FARGO & CO.,<br>420 Montgomery St, 7th Floor,<br>San Francisco, CA 94104<br>**Authorized to Accept Service of Process for Defendant Wells Fargo & CO.** |
| *KAREN'S CUSTOM GROOMING LLC v. WELLS FARGO & COMPANY, a Delaware Corporation; WELLS FARGO BANK, NATIONAL ASSOCIATION; and DOES 1-10, Inclusive., 3:20-cv-00956-LAB-BGS (S.D. Calif.)* | Kathleen A Herkenhoff<br>Haeggquist & Eck, LLP<br>225 Broadway<br>Suite 2050<br>San Diego, CA 92101<br>(619) 342-8000<br>Fax: (619) 342-7878<br>Email: kathleenh@haelaw.com<br>LEAD ATTORNEY TO BE NOTICED FOR PLAINTIFF<br><br>Wells Fargo & Company,<br>2710 Gateway Oaks Dr. #150N<br>Sacramento, CA 95833<br>**Authorized to Accept Service of Process for Defendant Wells Fargo & CO**<br><br>Corporation Service Company<br>2710 Gateway Oaks Dr. #150N<br>Sacramento, CA 95833<br>**Authorized to Accept Service of Process for Defendant Wells Fargo Bank N.A.** |
| *SETO MARSELIAN, d/b/a BISTRO PAZZO, v. WELLS FARGO & COMPANY, WELLS FARGO BANK, N.A., and DOES 1-10, inclusive., 4:20-cv-03166-HSG (N.D. Calif.)* | Francis A. Bottini , Jr.<br>Bottini & Bottini, Inc.<br>7817 Ivanhoe Avenue, Suite 102<br>La Jolla, CA 92037<br>858-914-2001<br>Fax: 858-914-2002<br>Email: fbottini@bottinilaw.com<br>ATTORNEY TO BE NOTICED for Plaintiff<br><br>**Wells Fargo and Company**<br>Carolee Anne Hoover |

|  | McGuireWoods LLP
Two Embarcadero Center, Suite 1300
San Francisco, CA 94111
415-844-9944
Fax: 415-844-9911
Email: choover@mcguirewoods.com
LEAD ATTORNEY
ATTORNEY TO BE NOTICED

David Carlyle Powell
McGuireWoods LLP
Two Embarcadero Center, Suite 1300
San Francisco, CA 94111
(415) 844-9944
Fax: (415) 844-9922
Email: dpowell@mcguirewoods.com
LEAD ATTORNEY
ATTORNEY TO BE NOTICED

Jamie Danielle Wells
McGuireWoods LLP
Two Embarcadero Center, Suite 1300
San Francisco, CA 94111
(415) 844-9944
Fax: (415) 844-9922
Email: jwells@mcguirewoods.com
LEAD ATTORNEY
ATTORNEY TO BE NOTICED

Sverker K. Hogberg
Sullivan & Cromwell LLP
1870 Embarcadero Road
Palo Alto, CA 94303
650-461-5600
Fax: 650-461-5700
Email: hogbergs@sullcrom.com
LEAD ATTORNEY
ATTORNEY TO BE NOTICED

Brendan P. Cullen
Sullivan & Cromwell LLP
1870 Embarcadero Road
Palo Alto, CA 94303
650-461-5600
Fax: 650-461-5700
Email: cullenb@sullcrom.com |

| | |
|---|---|
| | ATTORNEY TO BE NOTICED<br><br>**Wells Fargo Bank, N.A.**<br>Carolee Anne Hoover<br>(See above for address)<br>LEAD ATTORNEY<br>ATTORNEY TO BE NOTICED<br><br>David Carlyle Powell<br>(See above for address)<br>LEAD ATTORNEY<br>ATTORNEY TO BE NOTICED<br><br>Jamie Danielle Wells<br>(See above for address)<br>LEAD ATTORNEY<br>ATTORNEY TO BE NOTICED<br><br>Sverker K. Hogberg<br>(See above for address)<br>LEAD ATTORNEY<br>ATTORNEY TO BE NOTICED<br><br>Brendan P. Cullen<br>(See above for address)<br>ATTORNEY TO BE NOTICED<br><br>Sverker Kristoffer Hogberg<br>(See above for address)<br>ATTORNEY TO BE NOTICED |
| *GUOFENG MA v. WELLS FARGO & COMPANY, CHARLES W. SCHARF, and JOHN R. SHREWSBERRY., 3:20-cv-03697 (N.D. Calif.)* | Jennifer Pafiti<br>Pomerantz LLP<br>1100 Glendon Avenue, 15th Floor<br>Los Angeles, CA 90024<br>(310) 405-7190<br>Email: jpafiti@pomlaw.com<br>LEAD ATTORNEY TO BE NOTICED FOR PLAINTIFF<br><br>J Alexander Hood , II<br>Pomerantz LLP<br>600 Third Avenue, 20th Floor<br>New York, NY 10016<br>(212) 661-1100<br>Fax: (212) 661-8665<br>Email: ahood@pomlaw.com |

| | |
|---|---|
| | ATTORNEY TO BE NOTICED<br><br>Jeremy A. Lieberman<br>Pomerantz LLP<br>600 Third Avenue, 20th Floor<br>New York, NY 10016<br>(212) 661-1100<br>Fax: (212) 661-8665<br>Email: jalieberman@pomlaw.com<br>ATTORNEY TO BE NOTICED<br><br>Patrick Vincent Dahlstrom<br>Pomerantz LLP<br>10 South LaSalle Street, Suite 3505<br>Chicago, IL 60603<br>(312) 377-1181<br>Fax: (317) 377-1184<br>Email: pdahlstrom@pomlaw.com<br>ATTORNEY TO BE NOTICED<br><br>Peretz Bronstein<br>Bronstein Gewirtz & Grossman, LLC<br>60 East 42nd Street, Suite 4600<br>New York, NY 10165<br>(212) 697-6484<br>Fax: (212) 697-7296<br>Email: peretz@bgandg.com<br>ATTORNEY TO BE NOTICED<br><br>**WELLS FARGO & COMPANY, CHARLES W. SCHARF, and JOHN R. SHREWSBERRY**,<br>Corporation Service Company<br>251 Little Falls Drive<br>Wilmington, Delaware 19808<br>**Person Authorized to Accept Service of Process for Defendant Wells Fargo & Company; Charles W. Scharf; and John R. Shrewsberry** |
| *PHYSICAL THERAPY SPECIALISTS, P.C v. WELLS FARGO BANK, N.A.,* 1:20-cv-01190 *(District of Colorado)* | Amanda L. Lundergan<br>Lundergan Legal LLC<br>P.O. Box 211474<br>Royal Palm Beach, FL 33421<br>561-779-4126 |

| | |
|---|---|
| | Email: Amanda@LunderganLegal.com<br>ATTORNEY TO BE NOTICED<br><br>Ariane Michele Ice<br>Ice Legal, PA<br>20 Portsmouth Avenue<br>Suite One, No. 225<br>Stratham, NH 03885<br>603-242-1503<br>Email: ariane.ice@icelegal.com<br>ATTORNEY TO BE NOTICED<br>**ATTORNEYS FOR PLAINTIFFS**<br><br>Christopher Michael Viapiano<br>Sullivan & Cromwell LLP-DC<br>1700 New York Avenue NW<br>Suite 700<br>Washington, DC 20006-5215<br>202-956-6985<br>Fax: 202-293-6330<br>Email: viapianoc@sullcrom.com<br>ATTORNEY TO BE NOTICED<br><br>Leonid Traps<br>Sullivan & Cromwell LLP-New York<br>125 Broad Street<br>28th Floor<br>New York, NY 10004-2498<br>212-558-3416<br>Fax: 212-291-9895<br>Email: trapsl@sullcrom.com<br>ATTORNEY TO BE NOTICED<br><br>Patrick G. Compton<br>Ballard Spahr LLP-Denver<br>1225 Seventeenth Street<br>Suite 2300<br>Denver, CO 80202-5596<br>303-454-0521<br>Email: comptonp@ballardspahr.com<br>ATTORNEY TO BE NOTICED<br>**ATTORNEYS FOR DEFENDANT WELLS FARGO N.A.** |
| *FULL COMPLIANCE, LLC, a Florida Limited Liability Company, and ZAMORA &* | Michael Steven Popok<br>Zumpano Patricios & Popok, PLLC<br>417 Fifth Avenue |

| | |
|---|---|
| *HERNANDEZ, PLLC, v. AMERANT BANK, N.A., BANK OF AMERICA, N.A., BANKUNITED, N.A., CAMBRIDGE TRUST COMPANY, CELTIC BANK CORP. d/b/a CELTIC BANK, CIBC BANK USA, FIRST CITIZENS BANK & TRUST COMPANY, FIRST HORIZON BANK, GROVE BANK & TRUST, INTERAMERICAN BANK, A FSB, J.P. MORGAN CHASE BANK, N.A., LIVE OAK BANKING COMPANY, OCEAN BANK, PARADISE BANK, PROFESSIONAL BANK, REGIONS BANK, TD BANK, N.A., TRUIST BANK, VALLEY NATIONAL BANK, and WELLS FARGO BANK, N.A., 1:20-cv-22339 (S.D. Florida)* | Ste 826<br>New York, NY 10016<br>212-542-2564<br>Email: mpopok@zplaw.com<br>**ATTORNEY TO BE NOTICED FOR PLAINTIFFS**<br><br>**Wells Fargo Bank N.A.**<br>c/o Corporation Service Company<br>1201 HAYS STREET<br>TALLAHASSEE, FL 32301-2525<br>Authorized to Accept Service for Wells Fargo Bank, N.A.<br><br>**Amerant Bank, N.A.**<br>Attn: General Counsel<br>220 ALHAMBRA CIRCLE<br>CORAL GABLES, FL 33134<br>Authorized to Accept Service for Amerant Bank, N.A<br><br>**BankUnited, N.A.**<br>Attn: General Counsel<br>220 ALHAMBRA CIRCLE<br>CORAL GABLES, FL 33134<br>Authorized to Accept Service for BankUnited, N.A<br>**Bank of America, N.A.**<br>c/o The Corporation Trust, Inc.<br>2405 York Road, Suite 201<br>Lutherville-Timonium, MD 21093<br>Authorized to Accept Service for Bank of America, N.A<br><br>**Cambridge Trust Company**<br>Attn: Thomas Johnson, Secretary<br>1336 MASSACHUSETTS AVENUE<br>CAMBRIDGE, MA 02138<br>Authorized to Accept Service for Cambridge Trust Company<br><br>**Celtic Bank Corp. d/b/a Celtic Bank**<br>Attn: Leslie K. Rinadli<br>268 South State Street, Suite 300<br>Salt Lake City, UT 84111 |

|  | Authorized to Accept Service for Celtic Bank Corp. d/b/a Celtic Bank

**CIBC Bank USA**
c/o Corporation Service Company
1201 HAYS STREET
TALLAHASSEE, FL 32301
 Authorized to Accept Service for CIBC Bank USA

**First Citizens Bank & Trust Company**
c/o CT Corporation System
1200 SOUTH PINE ISLAND ROAD
PLANTATION, FL 33324
Authorized to Accept Service for First Citizens Bank & Trust Company

**Interamerican Bank, A FSB**
Attn: General Counsel
9190 Coral Way
Miami, FL 33165
Authorized to Accept Service for Interamerican Bank, A FSB

**JP Morgan Chase Bank, N.A.**
c/o The Corporation Trust Company
1209 Orange St.
Wilmington, DE 19801
Authorized to Accept Service for JP Morgan Chase Bank, N.A.

**Live Oak Banking Company**
Attn: Gerenal Counsel
Gregory W. Seward
1741 Tiburon Drive
Wilmington, NC 28403
Authorized to Accept Service for Live Oak Banking Company

**Ocean Bank**
c/o Interamerican Corporate Services LLC
2525 Ponce de Leon Blvd.
Suite 1225
Coral Gables, FL 33134
Authorized to Accept Service for Ocean Bank |

**Paradise Bank**
Attn: William J. Burke
2420 N. FEDERAL HWY
BOCA RATON, FL 33431
Authorized to Accept Service for Paradise Bank

**Professional Bank**
Attn: Michael C. Sontag, Esq.
396 ALHAMBRA CIRCLE
SUITE 255
CORAL GABLES, FL 33134
Authorized to Accept Service for Professional Bank

**Regions Bank**
c/o Corporation Service Company
1201 HAYS STREET
TALLAHASSEE, FL 32301
Authorized to Accept Service for Regions Bank

**TD Bank, N.A.**
c/o United States Corporation Company
1201 HAYS STREET
TALLAHASSEE, FL 32301-2525
Authorized to Accept Service for TD Bank, N.A.

**Truist Bank**
c/o CT Corporation System
1200 SOUTH PINE ISLAND ROAD
PLANTATION, FL 33324
Authorized to Accept Service for Truist Bank

**Valley National Bank**
Attn: General Counsel
615 Main Avenue
Passaic, NJ 07055
Authorized to Accept Service for Valley National Bank

**First Horizon Bank**
c/o CT Corporation System
1200 SOUTH PINE ISLAND ROAD
PLANTATION, FL 33324

| | |
|---|---|
| | Authorized to Accept Service for First Horizon Bank

**Grove Bank and Trust**
Attn: Richard A. Kuci
2701 S. BAYSHORE DRIVE.
MIAMI, FL 33133
Authorized to Accept Service for Grove Bank and Trust |
| *District Clerk Office* | **Southern District of Texas**
Bob Casey Federal Courthouse
515 Rusk St.
Houston, TX 77002
*Service by Mail*

**Northern District of California**
US Courthouse
450 Golden Gate Ave.
San Francisco, CA 94102
*Service by Mail*

**Central District of California**
US Courthouse
350 W 1st St.
Los Angeles, CA 90012
*Service by Mail*

**Southern District of California**
The James M. Carter and Judith N. Keep United States Courthouse
333 W Broadway #420
San Diego, CA 92101
*Service by Mail*

**Southern District of Florida**
Wilkie D. Ferguson, Jr. U.S. Courthouse
400 North Miami Avenue
Miami, FL 33128
*Service by Mail*

**District of Colorado**
Alfred A. Arraj United States Courthouse
901 19th St.
Denver, CO 80294
*Service by Mail* |