BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

**In Re**: Wells Fargo Paycheck Protection Program Litigation

MDL No. 2954

PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that copies of the foregoing Proof of Service is being filed and served on June 12, 2020 with the Clerk of Court using the CM/ECF system. Furthermore, copies of the Notice of Appearance and Corporate Disclosure are also being served upon the parties added to this Proof of Service via CM/ECF System. This will serve as notification of such filing to all counsel of record in this action.

<u>**Plaintiff**</u>

Physical Therapy Specialists, P.C.

**Amanda L. Lundergan**
Lundergan Legal LLC
P.O. Box 211474
Royal Palm Beach, FL 33421
561-779-4126
Amanda@LunderganLegal.com

<u>**Defendant**</u>

Wells Fargo Bank, N.A.

**Patrick G. Compton**
Ballard Spahr LLP-Denver
1225 Seventeenth Street, Ste. 2300
Denver, CO 80202-5596
303-454-0521

**Christopher Michael Viapiano**
Sullivan & Cromwell LLP-DC
1700 New York Avenue NW, Ste. 700
Washington, DC 20006-5215
202-956-6985
202-293-6330 (fax)

**Leonid Traps**
Sullivan & Cromwell LLP-New York
125 Broad Street
28th Floor
New York, NY 10004-2498
212-558-3416
212-291-9895 (fax)
trapsl@sullcrom.com

Dated:  June 12, 2020                                     Respectfully Submitted,

**Ice Legal, P.A.**
<u>*/s/ Ariane M. Ice*</u>
Ariane M. Ice
Thomas Erskine Ice
20 Portsmouth Ave., Suite 1, No. 225
Stratham, NH 03885
Telephone: (603) 242-1503
Email: ariane.ice@icelegal.com