BEFORE THE UNITED STATES JUDICIAL
PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: WELLS FARGO PAYCHECK PROTECTION PROGRAM LITIGATION | MDL Docket No. 2954 |

**PROOF OF SERVICE**

Pursuant to Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that copies of the foregoing Corporate Disclosure Statement and accompanying exhibit for Wells Fargo & Co. were served on all parties in all involved actions via U.S. Postal Service on June 22, 2020.

| *DNM Contracting, Inc.* v. *Wells Fargo Bank, N.A.*, No. 4:20-cv-01790 (S.D. Tex.) | |
|---|---|
| Alfonso Kennard , Jr.<br>Kennard Law P.C.<br>2603 Augusta Dr<br>Ste 1450<br>Houston, TX 77057<br>713-742-0900<br>Fax: 713-742-0951<br>Email: alfonso.kennard@kennardlaw.com<br><br>**ATTORNEY FOR PLAINTIFF** | |

| *Scherer* v. *Wells Fargo Bank, N.A.*, No. 4:20-cv-01295 (S.D. Tex.) | |
|---|---|
| Salar Ali Ahmed<br>430 W. Bell St<br>Houston, TX 77019<br>713-898-0982<br>Fax: 713-255-0013<br>Email: aahmedlaw@gmail.com<br><br>**ATTORNEY FOR PLAINTIFFS** | |

| *BSJA, Inc., et al.* v. *Wells Fargo & Co., et al.*, No. 2:20-cv-03588 (C.D. Cal.) | |
|---|---|
| David M. Angeloff<br>Stalwart Law Group<br>1100 Glendon Avenue Suite 1840<br>Los Angeles, CA 90024<br>310-954-2000<br>Email: david@stalwartlaw.com<br><br>Ji-In Lee Houck<br>Stalwart Law Group<br>1100 Glendon Avenue Suite 1840<br>Los Angeles, CA 90024<br>310-954-2000<br>Fax: 310-943-0303<br>Email: jiin@stalwartlaw.com<br><br>Dylan Ruga<br>Stalwart Law Group<br>1100 Glendon Avenue Suite 1840<br>Los Angeles, CA 90024<br>310-954-2000<br>Email: dylan@stalwartlaw.com<br><br>**ATTORNEYS FOR PLAINTIFFS** | |

| *Karen's Custom Grooming, LLC* v. *Wells Fargo & Company, et al.*, No. 3:20-cv-00956 (S.D. Cal.) | |
|---|---|
| Kathleen A Herkenhoff<br>Haeggquist & Eck, LLP<br>225 Broadway<br>Suite 2050<br>San Diego, CA 92101<br>(619) 342-8000<br>Fax: (619) 342-7878<br>Email: kathleenh@haelaw.com<br><br>**ATTORNEY FOR PLAINTIFF** | |

| *Marselian* v. *Wells Fargo & Company, et al.*, No. 4:20-cv-03166 (N.D. Cal.) | |
|---|---|
| Francis A. Bottini , Jr.<br>Bottini & Bottini, Inc.<br>7817 Ivanhoe Avenue, Suite 102 | |

| | |
|---|---|
| La Jolla, CA 92037<br>858-914-2001<br>Fax: 858-914-2002<br>Email: fbottini@bottinilaw.com<br><br>**ATTORNEY FOR PLAINTIFF** | |

| *Physical Therapy Specialists, P.C.* v. *Wells Fargo Bank, N.A.*, No. 1:20-cv-01190 (D. Colo.) ||
|---|---|
| Amanda L. Lundergan<br>Lundergan Legal LLC<br>P.O. Box 211474<br>Royal Palm Beach, FL 33421<br>561-779-4126<br>Email: Amanda@LunderganLegal.com<br><br>Ariane Michele Ice<br>Ice Legal, PA<br>20 Portsmouth Avenue<br>Suite One, No. 225<br>Stratham, NH 03885<br>603-242-1503<br>Email: ariane.ice@icelegal.com<br><br>**ATTORNEYS FOR PLAINTIFF** | |

| *Ma* v. *Wells Fargo & Company, et al.*, No. 3:20-cv-03697 (N.D. Cal.) ||
|---|---|
| Jennifer Pafiti<br>Pomerantz LLP<br>1100 Glendon Avenue, 15th Floor<br>Los Angeles, CA 90024<br>(310) 405-7190<br>Email: jpafiti@pomlaw.com<br><br>J. Alexander Hood , II<br>Pomerantz, LLP<br>600 Third Avenue, 20th Floor<br>New York, NY 10016<br>(212) 661-1100<br>Fax: (212) 661-8665<br>Email: ahood@pomlaw.com<br><br>Jeremy Alan Lieberman<br>Pomerantz LLP<br>600 Third Avenue, 20th Floor | |

| | |
|---|---|
| New York, NY 10016<br>(212) 661-1100<br>Fax: (212) 661-8665<br>Email: jalieberman@pomlaw.com<br><br>Patrick Vincent Dahlstrom<br>Pomerantz LLP<br>10 South LaSalle Street, Suite 3505<br>Chicago, IL 60603<br>(312) 377-1181<br>Fax: (317) 377-1184<br>Email: pdahlstrom@pomlaw.com<br><br>Peretz Bronstein<br>Bronstein Gewirtz & Grossman, LLC<br>60 East 42nd Street, Suite 4600<br>New York, NY 10165<br>(212) 697-6484<br>Fax: (212) 697-7296<br>Email: peretz@bgandg.com<br><br>**ATTORNEYS FOR PLAINTIFF** | |

| *Full Compliance, LLC., et al.* v. *Wells Fargo Bank, N.A., et al.*, No. 1:20-cv-22339 (S.D. Fla.) | |
|---|---|
| Amerant Bank, N.A.<br>Attn: General Counsel<br>220 Alhambra Circle<br>Coral Gables, FL 33134 | JPMorgan Chase Bank, N.A.<br>c/o The Corporation Trust Company<br>1209 Orange Street<br>Wilmington, DE 19801 |
| Bank of America, N.A.<br>c/o The Corporation Trust, Inc.<br>2405 York Road, Suite 201<br>Lutherville-Timonium, MD 21093 | Live Oak Banking Company<br>Attn: General Counsel<br>1741 Tiburon Drive<br>Wilmington, NC 28403 |
| Bankunited, N.A.<br>Attn: General Counsel<br>14817 Oak Lane<br>Miami Lakes, FL 33016 | Ocean Bank<br>c/o Interamerican Corporate Services LLC<br>2525 Ponce de Leon Blvd.<br>Suite 1225<br>Coral Gables, FL 33134 |
| Cambridge Trust Company<br>Attn: Thomas Johnson, Secretary<br>1336 Massachusetts Avenue<br>Cambridge, MA 02138 | Paradise Bank<br>Attn: William J. Burke<br>2420 N. Federal Highway<br>Boca Raton, FL 33431 |

| | |
|---|---|
| Celtic Bank Corp.<br>Attn; Leslie K. Rinadli<br>268 South State Street, Suite 300<br>Salt Lake City, UT 84111 | Professional Bank<br>Attn: Michael C. Sontag, Esq.<br>396 Alhambra Circle<br>Suite 255<br>Coral Gables, FL 33134 |
| CIBC Bank USA<br>c/o Corporation Service Company<br>1201 Hays Street<br>Tallahassee, FL 32301 | Regions Bank<br>c/o Corporation Service Company<br>1201 Hays Street<br>Tallahassee, FL 32301 |
| First Citizens Bank & Trust Company<br>c/o CT Corporation System<br>1200 South Pine Island Road<br>Plantation, FL 33324 | Truist Bank<br>c/o CT Corporation System<br>1200 South Pine Island Road<br>Plantation, FL 33324 |
| First Horizon Bank<br>c/o CT Corporation System<br>1200 South Pine Island Road<br>Plantation, FL 33324 | Valley National Bank<br>Attn: General Counsel<br>615 Main Avenue<br>Passaic, NJ 07055 |
| Grove Bank & Trust<br>Attn: Richard A. Kuci<br>2701 S. Bayshore Drive<br>Miami, FL 33133 | Michael Steven Popok<br>Zumpano Patricios & Popok, PLLC<br>417 Fifth Avenue<br>Ste 826<br>New York, NY 10016<br>212-542-2564<br>Email: mpopok@zplaw.com<br><br>**ATTORNEY FOR PLAINTIFFS** |
| Interamerican Bank, A FSB<br>Attn: General Counsel<br>9190 Coral Way<br>Miami, FL 33165 | |

Dated:  June 22, 2020

Respectfully submitted,

By:  /s/ Christopher M. Viapiano

Christopher M. Viapiano
(viapianoc@sullcrom.com)
SULLIVAN & CROMWELL LLP
1700 New York Ave., N.W., Ste. 700
Washington, D.C.  20006
Telephone:  (202) 956-6985
Facsimile:  (202) 956-7056

*Attorney for Wells Fargo & Co., Wells Fargo Bank, N.A., Charles Scharf, and John Shrewsberry*