**BEFORE THE UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION**

| IN RE WELLS FARGO PAYCHECK PROTECTION PROGRAM LITIGATION | MDL No. 2954 |
|---|---|

**NOTICE OF RELATED ACTION**

Pursuant to Rule 6.2(d) of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation ("JPML"), the undersigned counsel hereby notifies the Clerk of the JPML of the following related action:

| Case Name | Case No. | Court | Judge |
|---|---|---|---|
| *BAM Navigation, LLC v. Wells Fargo & Co., et al.* | 0:20-cv-01345-JTR-ECW | District of Minnesota | Chief Judge John R. Tunheim |

The attached Schedule of Actions contains the full list of parties in this action. A copy of the docket sheet and Complaint is attached as Exhibit 1.

Dated: June 23, 2020

Respectfully submitted,

 s/Daniel E. Gustafson
Daniel E. Gustafson (#202241)
**GUSTAFSON GLUEK PLLC**
Canadian Pacific Plaza
120 South 6th Street, Suite 2600
Minneapolis, MN 55402
Tel: (612) 333-8844
Fax: (612) 339-6622
dgustafson@gustafsongluek.com

*Counsel for Plaintiff BAM Navigation, LLC*