**BEFORE THE UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION**

| | |
|---|---|
| **IN RE WELLS FARGO PAYCHECK PROTECTION PROGRAM LITIGATION** | MDL No. 2954 |

**SCHEDULE OF ACTIONS**

| **Plaintiff** | **Defendants** | **District** | **Civil Action No.** | **Judge Assigned** |
|---|---|---|---|---|
| BAM Navigation, LLC | Wells Fargo & Co.; Wells Fargo Bank, N.A. | District of Minnesota | 0:20-cv-01345-JTR-ECW | Chief Judge John R. Tunheim |