**BEFORE THE UNITED STATES JUDICIAL PANEL ON
MULTI-DISTRICT LITIGATION**

|  |  |  |
|---|---|---|
|  | ) |  |
| IN RE: WELLS FARGO PAYCHECK PROTECTION PROGRAM LITIGATION | ) ) ) ) | MDL No. 2954 |

The undersigned parties, through their respective counsel, stipulate that *Full Compliance LLC, et al. v. Wells Fargo Bank N.A., et al.*, 20-cv-22339 (S.D. Fla.) should be removed from the Schedules of Actions filed in this matter. This action is the subject of and is included in the Schedule of Actions for a separate motion pending before the Panel, *In re Paycheck Protection Program (PPP) Agent Fees Litigation*, MDL No. 2950 (filed May 22, 2020).

                                                          Respectfully submitted,

Dated: June 23, 2020                    */s/ Alfonso Kennard, Jr.*
                                            Alfonso Kennard, Jr.
                                            **KENNARD LAW PC**
                                            2603 Augusta Drive, Suite 1450
                                            Houston Texas 77057
                                            Telephone: (713) 742-0900
                                            Facsimile: (713) 742-0951
                                            Email: alfonso.kennard@kennardlaw.com

                                            *Attorneys for Plaintiff DNM Contracting, Inc.*

Dated: June 23, 2020                    */s/ Benjamin J. Meiselas*
                                            Benjamin J. Meiselas
                                            **GERAGOS & GERAGOS, APC**
                                            Historic Engine Co. No. 28
                                            644 South Figueroa Street
                                            Los Angeles, CA 90017-3411
                                            Telephone: (231) 625-3900
                                            Facsimile: (231) 232-3255
                                            meiselas@geragos.com

                                            *Attorney for Full Compliance, LLC and Zamora & Hernandez PLLC*