BEFORE THE UNITED STATES JUDICIAL
PANEL ON MULTIDISTRICT LITIGATION

IN RE: WELLS FARGO PAYCHECK PROTECTION PROGRAM LITIGATION

MDL Docket No. 2954

## SCHEDULE OF ACTIONS

| Case caption | Court | Case No. | Judge |
|---|---|---|---|
| **Plaintiff:**<br>BOBBY BORISOV, AN INDIVIDUAL<br><br>**Defendants:**<br>WELLS FARGO & COMPANY; WELLS FARGO BANK, N.A.; and Does 1 through 10, inclusive | C.D. Cal. | 5:20-cv-01337-JGB-SHK | Judge Jesus G. Bernal |