BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| IN RE: | MDL No. 2954 |
|---|---|
| **IN RE WELLS FARGO PAYCHECK PROTECTION PROGRAM LITIGATION** | |

## SCHEDULE OF ACTIONS

| Case Name | Case No. | Court | Judge |
|---|---|---|---|
| *2 Andy Enterprise Corp. v. Wells Fargo & Company et al.,* | 3:20-cv-05212-JCS | Northern District of California | Magistrate Judge Joseph C. Spero |